# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**ALBERT ROSS,** *et al.,*<br><br>*Defendants.* | **CRIMINAL ACTION NO.**<br>**3:21-cr-00039-TES-CHW** |

### ORDER GRANTING UNOPPOSED MOTION TO DECLARE CASE COMPLEX AND TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is the Government's Unopposed Motion to Declare Case Complex [Doc. 441] pursuant to 18 U.S.C. § 3161(h)(7)(B). The Government also seeks an unopposed continuance of this case until the Court October 2023 Trial Term. [Doc. 441, pp. 1, 3]. According to the Government's motion, "[t]his case involves a long-term electronic surveillance investigation in which thousands of wire and electronic communications were intercepted" leading to over 100 search warrants for "the seizure of cellular telephone data" and "other electronically stored records." [*Id.* at p. 2].

Upon consideration of the Indictment [Doc. 1] and the Superseding Indictment [Doc. 272] and for the reasons stated in the Government's motion, the Court concludes that "[t]his case is 'so unusual, or so complex, due to the number of defendants [and] the nature of the prosecution . . . that it is unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by [the

Speedy Trial Act].'" [*Id.* at p. 3 (quoting 18 U.S.C. § 3161(h)(7)(B)(ii))]. Thus, the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, the Court **GRANTS** the Government's Unopposed Motion to Declare Case Complex [Doc. 441] and **CONTINUES** this case to its October 2023 Trial Term as to Albert Ross (1); Richard Cornelius (2); Eric Morgan (3); Lonnie Bennett (4); Bernard Wilcox (6); Tamichael Darden (7); Reginald Battle, Sr. (9); Jose Pineda Perez (14); Ranko Lunic (15); Aleksandar Lunic (16); Michelle Alvarado (17); Tanya Aldana (18); Nathaniel Wilkins (19); and Anthony Bernard Grant (20). The delay occasioned by this Order shall be deemed **EXCLUDABLE**. *See* 18 U.S.C. § 3161(h).

    **SO ORDERED**, this 29th day of March, 2023.

                                        S/ Tilman E. Self, III
                                        **TILMAN E. SELF, III, JUDGE**
                                        **UNITED STATES DISTRICT COURT**